1  Alan S. Gutman, SBN 128514
   John Juenger, SBN 225201
2  GUTMAN LAW
   433 North Camden Drive, Suite 960
3  Beverly Hills, CA 90210-4413
   Telephone: 310-385-0700
4  Facsimile: 310-385-0710
       email: alangutman@gutmanlaw.com
5              jjuenger@gutmanlaw.com

6  Attorneys for Plaintiff JEROME WILLISCH,
   by and through his Guardian Ad Litem Thomas F. Willisch
7

8                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10

11
   JEROME WILLISCH, by and          )   Case Number
12 through his Guardian Ad Litem     )
   Thomas F. Willisch,               )   **COMPLAINT FOR COPYRIGHT**
13                                   )   **INFRINGEMENT**
            Plaintiff,               )
14                                   )
   vs.                               )
15                                   )
   JARAD HIGGINS, professionally     )
16 known as JUICE WRLD; NICK         )   **DEMAND FOR JURY TRIAL**
   MIRA; GRADE A PRODUCTIONS;        )
17 INTERSCOPE RECORDS;               )
   UNIVERSAL MUSIC GROUP             )
18 RECORDINGS, INC., aka UMG         )
   RECORDINGS INC.,                  )
19                                   )
            Defendants.              )
20 _____  )

21      Plaintiff Jerome Willisch, by and through his Guardian Ad Litem Thomas F.

22 Willisch, alleges as follows:

23                          <u>JURISDICTION</u>

24      1.     This is a clear liability copyright infringement action. This Court has

25 subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.  Plaintiff seeks

26 injunctive relief, damages, costs, interest and attorney's fees for the infringement of

27 Plaintiff's copyrighted musical composition and sound recording entitled "Ice," which

28 has been infringed by Defendants' track called "Lean Wit Me," released on the JUICE

WRLD album entitled "Goodbye & Good Riddance" on or about May 23, 2018, and also released as a single, and distributed by Interscope Records, a division of Universal Music Group Recordings, Inc., a/k/a UMG Recordings Inc. Defendants' track, "Lean Wit Me," has completely misappropriated "Ice," without which "Lean Wit Me" would not exist.

VENUE

2.     Venue in this judicial district is proper under 28 U.S.C. § 1400(a) as one or more Defendants do business and may be found in this district.

PARTIES

3.     Plaintiff Jerome Willisch ("Willisch"), is a minor who resides with his parents in the State of Colorado, and has brought this action by and through his Guardian Ad Litem Thomas F. Willisch.

4.     Plaintiff is informed and believes and thereon alleges that Defendant Jarad Higgins ("Higgins"), professionally known as Juice Wrld, is an individual who currently resides is the County of Los Angeles, State of California.

5.     Plaintiff is informed and believes and thereon alleges that Defendant Nick Mira ("Mira"), is an individual residing in the State of Illinois.

6.     Plaintiff is informed and believes and thereon alleges that Defendant Grade A Productions, LLC ("Grade A") is a limited liability company with its principal place of business in Chicago, Illinois.

7.     Plaintiff is informed and believes and thereon alleges that Defendant Interscope Records ("Interscope") is a California general partnership with its principal place of business at 2220 Colorado Avenue, Santa Monica, California.

8.     Plaintiff is informed and believes and thereon alleges that Defendant Universal Music Group Recordings, Inc., a/k/a UMG Recordings Inc. ("UMG"), is a California corporation with its principal place of business at 2220 Colorado Avenue, Santa Monica, California.

//

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT**

**AGAINST ALL DEFENDANTS**

9.      Plaintiff realleges and incorporates by reference all allegations contained in paragraphs 1 through 8 as though said allegations were set forth in their entirety herein.

10.     The musical composition and sound recording that is the subject of this lawsuit is entitled  "Ice" (the "Work") and is copyrightable subject matter under the laws of the United States. Plaintiff has duly complied with all required provisions of the copyright laws of the United States applicable to said Work, including but not limited to, registering a copyright in and to said Work with the United States Copyright Office. The application was submitted to the United States Copyright Office on or about January 9, 2019. Plaintiff shall amend this complaint to provide the registration number in said Work when it has been assigned.

11.     Defendants used the composition and recording of the Work without authorization on the track called "Lean Wit Me," released on the Juice Wrld album entitled "Goodbye & Good Riddance," on or about May 23, 2018. Defendants Higgins and Mira are credited as the composers of "Lean Wit Me," however, Higgins and Mira appropriated Plaintiff's Work, which constitutes the essential beat and foundation of "Lean Wit Me," without which "Lean Wit Me" would not exist.

12.     Defendant Grade A Productions, LLC, is the record company credited on the album "Goodbye & Good Riddance," while Interscope, a division of UMG, is the distributor of the album.

13.     In undertaking the conduct complained of in this action, Defendants infringed and knowingly and intentionally violated Plaintiff's rights.

14.     Based upon Defendants' infringement, Plaintiff is entitled to actual damages (or may hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees, costs and prejudgment interest.

---

15.     The amount of actual damages shall be proven at the time of trial.

16.     Additionally, Defendants have caused and continue to cause great injury to Plaintiff, which damage cannot be accurately computed, and unless this Court restrains Defendants from further infringements, Plaintiff will suffer irreparable injury, for which there is no adequate remedy at law.

WHEREFORE, Plaintiff prays as follows:

1.     That Defendants and all persons acting under the direction, control, permission or authority of said Defendants be permanently enjoined and restrained from using the copyrighted musical compositions and sound recordings and from causing or permitting said copyrighted musical compositions and sound recordings to be sold, distributed, broadcast or disseminated in connection with any sale, distribution, broadcast or other means of dissemination used by Defendants.

2.     That Defendants be ordered to pay all profits, plus all losses of Plaintiff, in an amount to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 505, *et seq*.

3.     That Defendants be ordered to pay the Plaintiff's costs and attorney's fees.

4.     That Defendants be ordered to pay prejudgment interest.

5.     For the imposition of a constructive trust on all proceeds that resulted, in whole or in part, from the wrongful exploitation of Plaintiff's copyrighted works.

6.     For such other and further legal and equitable relief as this Court may deem just and proper.

//

//

//

//

//

1   PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE

2   PURSUANT TO FED. R. CIV. P. 38 AND THE 7TH AMENDMENT TO THE

3   UNITED STATES CONSTITUTION.

4

5   Dated: January 16, 2019          GUTMAN LAW

6                                    By:___/s/ Alan S. Gutman___
                                     Alan S. Gutman
7                                    Attorneys for Plaintiff
                                     JEROME WILLISCH, by and through his
8                                    Guardian Ad Litem Thomas F. Willisch

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28